# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Jared Goyette, et al. vs. City of Minneapolis, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-3190 for the following party(s): (please specify)

Hennepin County Sheriff David Hutchinson

☑ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Sarah McLaren   s/: Sarah McLaren

Firm Name: Hennepin County Attorney's Office

Business Address: A-2000 Government Center, MC 200, 300 South Sixth Street

City/State/Zip: Minneapolis, MN 55447

Telephone Number (Area Code): 612-348-5532

Email Address: sarah.mclaren@hennepin.us

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 9/29/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: