# United States Court of Appeals for the Eighth Circuit

**City of Minneapolis, et al.**

*Appellants,*

**v.**

**Jared Goyette, et al.,**

*Appellees.*

## APPELLEES' MOTION TO STAY PENDING INDICATIVE RULING

| | |
|---|---|
| James W. Keeler, Jr. (#0176199)<br>Sarah McLaren (#0345878)<br>Devona L. Wells (#0392052)<br>2000A Government Center, MC200<br>300 South Sixth Street<br>Minneapolis, MN 55487<br>Telephone: (612) 348-5532<br>Jim.Keeler@hennepin.us<br>Sarah.McLaren@hennepin.us<br>Devona.Wells@hennepin.us<br><br>Attorneys for Appellants | Pari I. McGarraugh (#0395524)<br>Karen G. Schanfield(#0096350)<br>Rachel L. Dougherty (#0399947)<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Tel: (612) 492-7000<br>kschanfield@fredlaw.com<br>pmcgarraugh@fredlaw.com<br>rdougherty@fredlaw.com<br><br>Steven D. Hamilton (pro hac vice)<br>**REED SMITH LLP**<br>10 S. Wacker Dr., 40th Floor<br>Chicago, IL 60606<br>Tel: (312) 207-1000<br>shamilton@reedsmith.com |

Edward B. Schwartz (pro hac vice)
Frederick Robinson (pro hac vice)
Jamie L. Lanphear (pro hac vice)
**REED SMITH LLP**
1301 K St. NW #1100E
Washington, DC 20005
Tel: (202) 414-9200
eschwartz@reedsmith.com
frobinson@reedsmith.com
jlanphear@reedsmith.com

*Attorneys for Appellees, Goyette,
Lassig, Maury, Maturen, Nelson, Ou,
Tuite, and Evans*

Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH,
PLLC**
P.O. Box 270815
Vadnais Heights, MN 55127
Tel: (612) 203-8555
kevin@riachdefense.com

Teresa Nelson (#0269736)
**AMERICAN CIVIL LIBERTIES UNION OF
MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org

*Attorneys for All Appellees*

# INTRODUCTION

Pursuant to Fed. R. App. P. 27 and 8th Cir. L.R. 27A(b), Appellees Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite and The Communications Workers of America ("Appellees"), respectfully move the Court to stay this appeal while the District Court considers their motion for voluntary dismissal with prejudice of the individual capacity claims against Appellant, which are the subject of this appeal, and for an indicative ruling should the District Court lack jurisdiction to rule on the motion for voluntary dismissal with prejudice.

# BACKGROUND

This appeal arises out of the district court's denial in part of Defendant-Appellant Sheriff Hutchinson's motion for summary judgment based on qualified immunity. *See* Dkt. No. 539 (Notice of Appeal).

This is a 42 U.S.C. § 1983 action. Appellees are journalists who allege that Sheriff Hutchinson, among others, violated their First Amendment rights. Plaintiffs Craig Lassig, Tannen Maury, and Stephen Maturen were arrested on May 30, 2020, while covering the civil unrest following George Floyd's murder. Dkt. No. 538 at 3–4 . Similarly, Plaintiffs Timothy Evans and Chris Tuite were arrested on April 16, 2021, following the death of Daunte Wright. *Id.* at 5–6. Appellees allege that these arrests violated their First Amendment rights. They

Appellate Case: 23-3190     Page: 3     Date Filed: 11/20/2023 Entry ID: 5337150

allege that Appellant is liable for these violations both in his individual and official capacities because he directly participated in these events, because he had knowledge that his subordinates were engaging in a pattern of unconstitutional conduct, and because Hennepin County had an official policy, custom, or practice of failing to supervise or train its officers. *Id.* at 9, 16–19.

Appellant "specifically appeals the denial of qualified immunity" and "intertwined legal issues, including municipal liability and standing." Appellees have decided not to go forward with the claims on which this appeal is based— the claims filed against Appellant in his individual capacity. On November 8, counsel for Plaintiffs therefore asked counsel for Appellant to consent to the voluntary dismissal of Plaintiffs' individual-capacity claims against him, with prejudice. On November 14, 2023, Counsel for Sheriff Hutchinson declined to consent to the voluntary dismissal with prejudice.

On November 16, Appellees filed a motion with the District Court seeking dismissal, with prejudice, of those claims, or, in the alternative, that the Court issue an indicative ruling, pursuant to Federal Rule of Civil Procedure 62.1, that such a motion would be granted upon a remand by this Court for the purpose of enabling the District Court to dismiss the claims that are the subject of this appeal.

Appellate Case: 23-3190    Page: 4    Date Filed: 11/20/2023 Entry ID: 5337150

## ARGUMENT

Appellees no longer intend to litigate their claims against Appellant filed against him in his individual capacity. It is those claims that were the subject of Appellant's qualified immunity claim, and that are the basis for this appeal, together with what Appellant describes as other "intertwined" issues. The dismissal of those claims by the District Court, as requested by Plaintiffs, will moot this appeal in its entirety. Alternatively, should the District Court issue an indicative ruling, stating that it would dismiss those claims upon a remand by the Court, Appellees intend to request a remand at that time.

In either event, staying this appeal until the District Court rules on Appellees' motion serves judicial economy by pausing the further investment of litigation and judicial resources over a dispute in which there is no longer any genuine case or controversy, and that may soon be mooted.

## CONCLUSION

For the foregoing reasons, Appellees respectfully request that the Court grant their motion to stay this proceeding until such time as the District Court rules on Appellees' pending motion for voluntary dismissal with prejudice and for indicative ruling.

Dated: November 20, 2023

*s/ Pari I. McGarraugh*
Pari I. McGarraugh (#0395524)
Karen G. Schanfield (#0096350)

- 3 -

Rachel L. Dougherty (#0399947)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 492-7000
pmcgarraugh@fredlaw.com
kschanfield@fredlaw.com
rdougherty@fredlaw.com

Steven D. Hamilton (pro hac vice)
**REED SMITH LLP**
10 S. Wacker Dr., 40th Floor Chicago, IL
60606
Tel: (312) 207-1000
shamilton@reedsmith.com

Edward B. Schwartz (pro hac vice)
Frederick Robinson (pro hac vice)
Jamie L. Lanphear (pro hac vice)
**REED SMITH LLP**
1301 K St. NW #1100E
Washington, DC 20005
Tel: (202) 414-9200
eschwartz@reedsmith.com
frobinson@reedsmith.com
jlanphear@reedsmith.com

***Attorneys for Appellees Goyette, Lassig,
Maury, Maturen, Nelson, Ou, Tuite, and
Evans***

Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C.
RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN 55127
Tel: (612) 203-8555
kevin@riachdefense.com

Teresa Nelson (#0269736)

- 4 -

**AMERICAN CIVIL LIBERTIES UNION OF
MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org

*Attorneys for All Appellees*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of November 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Dated: November 20, 2023     By:   *\/s\/ Pari I. McGarraugh*
                                        Pari I. McGarraugh

## CERTIFICATE OF COMPLIANCE

I hereby certify that on this document complies with the length limit of Fed. R. App. P. 27(d)(2)(A) because it contains 1,110 words. This document also complies with the requirements of Fed. R. App. P. 27(d)(1)(D)-(E) because it was prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

Dated: November 20, 2023    By:   */s/ Pari I. McGarraugh*
                                     Pari I. McGarraugh