

**Fredrikson & Byron, P.A.**
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

August 1, 2024


Clerk of Court
United States Court of Appeals
for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

Re:     *Goyette, et al. v. Hutchinson*, Ct. File No. 23-3190

To Whom it May Concern:

Pursuant to Rule 12.1(b) of the Federal Rules of Appellate Procedure, Plaintiffs provide notice that
the district court granted Plaintiffs' motion for voluntary dismissal, as shown in **Exhibit A** to the
attached.

Thank you,

*s/ Pari M. McGarraugh*


Pari M. McGarraugh
**Direct Dial:**  612-492-7480
**Email:**  PMcGarraugh@fredlaw.com

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JARED GOYETTE, *et al.*,

                         Plaintiffs,

v.

DAVID HUTCHINSON, *Hennepin County Sheriff, in His Individual and Official Capacity*,

                         Defendant.

Civil No. 20-1302 (JRT/DTS)

**MEMORANDUM OPINION AND ORDER GRANTING PLAINTIFFS' VOLUNTARY MOTION TO DISMISS**

---

Adam W. Hansen, **APOLLO LAW LLC**, 333 Washington Avenue North, Suite 300, Minneapolis, MN 55401; Anthony Todd, Meredith Shippee, Stephen D. Hamilton, and Timothy R. Carwinski, **REED SMITH, LLP**, 10 South Wacker Drive, Suite 4000, Chicago, IL 60606; Blake Shepard, Jr. and Mark H. Thieroff, **SIEGEL BRILL, P.A.**, 100 Washington Avenue South, Suite 1300, Minneapolis, MN 55401; Caitlin Anne Chambers, **REED SMITH**, 1221 McKinney Street, Suite 2100, Houston, TX 77010; Colin R. Reeves, **APOLLO LAW LLC**, 1000 Dean Street, Suite 101, Brooklyn, NY 11238; Edward B. Schwartz, Frederick Robinson, Jamie Lanphear, and Jonathan L. Marcus, **REED SMITH LLP**, 1301 K Street Northwest, Suite 1000 East Tower, Washington, DC 20005; Erik Money, Karen Gotsdiner Schanfield, Pari McGarraugh, and Rachel Dougherty, **FREDRIKSON & BYRON, P.A.**, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402; Kevin Hara, **REED SMITH, LLP**, 101 Second Street, Suite 1800, San Francisco, CA 94105; Kevin C. Riach, 125 Main Street Southeast, Suite 339, Minneapolis, MN 55412; and Teresa J. Nelson, **ACLU OF MINNESOTA**, P.O. Box 14720, Minneapolis, MN 55414, for Plaintiffs.

Devona L. Wells and Sarah C. S. McLaren, **HENNEPIN COUNTY ATTORNEY'S OFFICE**, 300 South Sixth Street, Suite A2000, Minneapolis, MN 55487, for Defendant.

The Court recently issued an indicative ruling that it would grant Plaintiffs' motion to voluntarily dismiss their individual capacity claims against Sheriff Hutchinson if the Eighth Circuit remanded for that purpose. (*See* Mem. Op. & Order Granting Indicative Ruling at 4–6 ("Indicative Ruling"), July 11, 2024, Docket No. 586.) The Eighth Circuit has since issued a limited remand for that purpose. (Op. USCA at 3, July 30, 2024, Docket No. 590.) For the reasons given in the Court's indicative ruling, the Court will grant Plaintiffs' voluntary motion to dismiss all individual capacity claims against Sheriff Hutchinson with prejudice. (*See* Indicative Ruling at 4–6.)

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Voluntarily Dismiss with Prejudice Individual Capacity Claims Against Defendant Sheriff Hutchinson [Docket No. 557] is **GRANTED** and Plaintiffs' claims against Defendant Sheriff Hutchinson in his individual capacity are **DISMISSED with prejudice**.[1]

DATED: July 31, 2024
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

---

[1] Each party shall bear its own costs and fees in connection with the individual capacity claims against Sheriff Hutchinson.