# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-3190

_____

Jared Goyette, On behalf of themselves and other similarly situated individuals; Craig Lassig, On behalf of themselves and other similarly situated individuals; Communications Workers of America, On behalf of themselves and other similarly situated individuals; Tannen Maury; Katie Nelson; Stephen Maturen

Plaintiffs - Appellees

Michael Shum

Plaintiff

Edward Ou; Timothy Evans; Chris Tuite

Plaintiffs - Appellees

v.

John Does, 1-2, in their individual and official capacities

Defendant

David Hutchinson, Hennepin County Sheriff, in his individual and official capacity

Defendant - Appellant

City of Minneapolis; Medaria Arradondo, Minneapolis Chief of Police, in his individual and official capacity; Robert Kroll, Minneapolis Police Lieutenant, in his individual and official capacity; John Harrington, Minnesota Department of Public Safety Commissioner, in his individual and official capacity; Matthew Langer, Minnesota State Patrol Colonel, in his individual and official capacity; Joseph Dwyer, Minnesota State Patrol Major, in his individual capacity

Defendants

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01302-WMW)

_____

# JUDGMENT

Before COLLOTON, Chief Judge, BENTON, and SHEPHERD, Circuit Judges.

      This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

      After consideration, it is hereby ordered and adjudged that the appeal is dismissed for lack of jurisdiction in accordance with the opinion of this Court.

      August 21, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Maureen W. Gornik